# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; GENE HEBERT, Lead Pastor of the Living Hope Church of the Nazarene; BEVERLY CHURCH OF THE NAZARENE; and KIM RICHARDSON, Senior Pastor of the Beverly Church of the Nazarene Living Hope Church of the Nazarene<br>Plaintiffs,<br><br>v.<br><br>CITY OF PEABODY; MICHAEL BONFANTI, Mayor and Chairman, ex-officio, Peabody Public Schools School Committee, in his official and individual capacities; JOHN TUNNEY, Business Manager of the Peabody Public Schools, in his official and individual capacities; NADINE BINKLEY, Superintendent of the Peabody Public Schools in her official and individual capacities,<br>Defendants. | Civil Case No. _____<br><br>**04cv12452 MLW**<br><br>FILING FEE PAID:<br>RECEIPT # 60281<br>AMOUNT $ 150.00<br>BY DPTY CLK ECQ<br>DATE 11/19/04 |

## MOTION FOR PRELIMINARY INJUNCTION

COME NOW Plaintiffs LIVING HOPE CHURCH OF THE NAZARENE; GENE HEBERT; BEVERLY CHURCH OF THE NAZARENE; AND KIM RICHARDSON, by counsel, and hereby respectfully move this Court to issue a preliminary injunction, restraining and enjoining Defendants, their officers, agents, employees, successors, attorneys, and all other persons in active concert or participation with them, from enforcing their "Community Use of School Facilities" policy in a manner which denies Plaintiffs the right to rent Peabody Public Schools facilities, namely, the Brown School, on the same terms and conditions as all other permitted users, and to permit Plaintiffs to utilize such facilities as they have done in the past, pending resolution of these issues on their merits in open court. Until a final hearing and determination on the merits in the above-captioned action

1

takes place, a preliminary injunction is necessary to prevent irreparable harm to Plaintiffs' rights under the First and Fourteenth Amendments: The Freedom of Speech; the right to the Free Exercise of Religion; the right to be free from any governmental Establishment of Religion; and the right to Equal Protection under the law.

### PRAYER FOR RELIEF

WHEREFORE, in light of the foregoing *Motion for Preliminary Injunction*, the Affidavits and Exhibits contemporaneously filed herewith, the arguments and law fully set forth in Plaintiffs' *Memorandum of Law in Support of Motion for Preliminary Injunction*, contemporaneously filed herewith, and the *Complaint*, contemporaneously filed herewith, and all said documents incorporated herein by reference, Plaintiffs respectfully request this Court to issue a preliminary injunction, restraining and enjoining Defendants, their officers, agents, employees, successors, attorneys, and all other persons in active concert or participation with them, from withholding further from Plaintiffs permission to rent the facilities at the Brown School as they have done in the past, pending resolution of these issues on their merits in open court.

Respectfully submitted this 19th day of November 2004

*Thomas M. Harvey*
Thomas M. Harvey, Esq.
MA Bar No. 225050
One Constitution Plaza
Boston, MA 02129
(617) 886-0364
Fax: (617) 598-3900

American Center for Law & Justice
Vincent P. McCarthy, Senior Regional Counsel[†]
   CT Bar No. 100195
Kristina J. Wenberg, Esq.[†]
   CT Bar No. 421555
P.O. Box 1629
8 South Main Street
New Milford, Connecticut 06776
(860) 355-1902
Fax: (860 355-8008

†Pro Hac Vice Motion filed simultaneously

2