♦AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LIVING HOPE CHURCH OF THE NAZARENE;
Gene HEBERT; Lead Pastor of the Living Hope
Church of the Nazarene; BEVERLY CHURCH OF THE
NAZARENE; Kim RICHARDSON, Senior Pastor of
Beverly Church of the Nazarene,

v.

CITY OF PEABODY; Michael BONFANTI, Mayor and
Chairman ex-officio, Peabody Public Schools,
School Committee in his official and individual
capacities; John TUNNEY, Business Manager of the
Peabody Public Schools, in his offical and (cont'd)

**APPEARANCE**

Case Number: 04 CV 12452 MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFFS, Living Hope Church of the Nazarene; Gene Hebert; Beverly Church of the Nazarene, and Kim Richardson

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 19, 2004 | _Thomas M. Harvey_ |
| Date | Signature |
| | Thomas M. Harvey         MA 225050 |
| | Print Name              Bar Number |
| | One Constitution Plaza |
| | Address |
| | Boston            MA              02129 |
| | City              State           Zip Code |
| | (617) 886-0364           (617) 598-3900 |
| | Phone Number            Fax Number |

APPEARANCE OF THOMAS M. HARVEY, Continued


DEFENDANTS, Continued


individual capacities;
Nadine BINKLEY, Superintendent
of the Peabody Public Schools in
her official and individual capacities