UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; GENE HEBERT, Lead Pastor of the Living Hope Church of the Nazarene; BEVERLY CHURCH OF THE NAZARENE; and KIM RICHARDSON, Senior Pastor of the Beverly Church of the Nazarene Living Hope Church of the Nazarene<br>        Plaintiffs,<br><br>v.<br><br>CITY OF PEABODY; MICHAEL BONFANTI, Mayor and Chairman, ex-officio, Peabody Public Schools School Committee, in his official and individual capacities; JOHN TUNNEY, Business Manager of the Peabody Public Schools, in his official and individual capacities; NADINE BINKLEY, Superintendent of the Peabody Public Schools in her official and individual capacities,<br>        Defendants. | Civil Case No. 04-12452 MLW<br><br><br>MOTION FOR ADMISSION OF<br>KRISTINA J. WENBERG<br>PRO HAC VICE |

PLEASE TAKE NOTICE, that upon submission of the Certificate of Good Standing of Kristina J. Wenberg, Plaintiffs move for the admission pro hac vice of Kristina J. Wenberg, Esq. in the above captioned case, pursuant to United States District Court for the District of Massachusetts Local Rule 83.5.3.

Respectfully submitted this 22nd day of November 2004

_____
Thomas M. Harvey, Esq.
MA Bar No. 225050
One Constitution Plaza
Boston, MA 02129
(617) 886-0364
Fax: (617) 598-3900

CERTIFICATE OF SERVICE

I, Thomas M. Harvey, Esq., hereby certify that on this date, I served a true copy of this pleading on the defendants by hand-delivering a copy of the same.

11-22-04
Dated

_____
Thomas M. Harvey