UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; ) <br> GENE HEBERT, Lead Pastor of the Living Hope ) <br> Church of the Nazarene; BEVERLY CHURCH ) <br> OF THE NAZARENE; and KIM RICHARDSON, ) <br> Senior Pastor of the Beverly Church of the ) <br> Nazarene Living Hope Church of the Nazarene ) <br>                               Plaintiffs, ) <br>        ) <br> v.                                         ) <br>        ) <br> CITY OF PEABODY; MICHAEL BONFANTI, ) <br> Mayor and Chairman, ex-officio, Peabody Public ) <br> Schools School Committee, in his official and ) <br> individual capacities; JOHN TUNNEY, ) <br> Business Manager of the Peabody Public Schools, ) <br> in his official and individual capacities; ) <br> NADINE BINKLEY, Superintendent of the ) <br> Peabody Public Schools in her official and ) <br> individual capacities, ) <br>                               Defendants. ) | Civil Case No. 04-12452 MLW |

<u>CERTIFICATE OF GOOD STANDING OF
KRISTINA J. WENBERG</u>

I, KRISTINA J. WENBERG, hereby certify, as required under the United States District Court for the District of Massachusetts Local Rule 83.5.3 that

(1)    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2)    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

(3)    I am familiar with the Local Rules of the United States District Court for the District

of Massachusetts; and

(4) My application for leave to practice in this court is on motion of a member of the bar of the United States District Court for the District of Massachusetts, attorney Thomas M. Harvey, who has filed a Notice of Appearance as counsel for Plaintiffs in the above captioned case.

DATED: 11/11/04

Kristina J. Wenberg
CT Bar No. 421555
American Center for Law & Justice Northeast, Inc.
P.O. Box 1629
8 S. Main Street
New Milford, CT 06776
(860) 355-1902
(860) 355-8008 (fax)

CERTIFICATE OF SERVICE

I, Thomas M. Harvey, Esq., hereby certify that on this date, I served a true copy of this pleading on the defendants by hand-delivering a copy of the same.

11-22-04
Dated

Thomas M. Harvey