# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; )<br>GENE HEBERT, Lead Pastor of the Living Hope )<br>Church of the Nazarene; BEVERLY CHURCH )<br>OF THE NAZARENE; and KIM RICHARDSON, )<br>Senior Pastor of the Beverly Church of the )<br>Nazarene Living Hope Church of the Nazarene )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF PEABODY; MICHAEL BONFANTI, )<br>Mayor and Chairman, ex-officio, Peabody Public )<br>Schools School Committee, in his official and )<br>individual capacities; JOHN TUNNEY, )<br>Business Manager of the Peabody Public Schools, )<br>in his official and individual capacities; )<br>NADINE BINKLEY, Superintendent of the )<br>Peabody Public Schools in her official and )<br>individual capacities, )<br>Defendants. ) | Civil Case No. 04-12452 MLW |

## CERTIFICATE OF GOOD STANDING OF
## VINCENT P. MCCARTHY

I, VINCENT P. MCCARTHY, hereby certify, as required under the United States District Court for the District of Massachusetts Local Rule 83.5.3 that

(1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

(3) I am familiar with the Local Rules of the United States District Court for the District

of Massachusetts; and

(4) My application for leave to practice in this court is on motion of a member of the bar of the United States District Court for the District of Massachusetts, attorney Thomas M. Harvey, who has filed a Notice of Appearance as counsel for Plaintiffs in the above captioned case.

DATED: 11/17/04

*Vincent P. McCarthy*
Vincent P. McCarthy
Federal No. 414054
American Center for Law & Justice Northeast, Inc.
P.O. Box 1629
8 S. Main Street
New Milford, CT 06776
(860) 355-1902
(860) 355-8008 (fax)

CERTIFICATE OF SERVICE

I, Thomas M. Harvey, Esq., hereby certify that on this date, I served a true copy of this pleading on the defendants by hand-delivering a copy of the same.

11-22-04
Dated

*Thomas M. Harvey*
Thomas M. Harvey