UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; ) <br> GENE HEBERT, Lead Pastor of the Living Hope ) <br> Church of the Nazarene; BEVERLY CHURCH ) <br> OF THE NAZARENE; and KIM RICHARDSON, ) <br> Senior Pastor of the Beverly Church of the ) <br> Nazarene Living Hope Church of the Nazarene ) <br>                      Plaintiffs, ) <br>      ) <br>   v.     ) <br>      ) <br> CITY OF PEABODY; MICHAEL BONFANTI, ) <br> Mayor and Chairman, ex-officio, Peabody Public ) <br> Schools School Committee, in his official and ) <br> individual capacities; JOHN TUNNEY, ) <br> Business Manager of the Peabody Public Schools, ) <br> in his official and individual capacities; ) <br> NADINE BINKLEY, Superintendent of the ) <br> Peabody Public Schools in her official and ) <br> individual capacities, ) <br>                      Defendants. ) | Civil Case No. _04-12452 M(CW_ <br><br><br> ORDER ON MOTION FOR <br> ADMISSION OF VINCENT P. <br> MCCARTHY PRO HAC VICE |

The foregoing Motion having come before this Court, and good cause having been shown;

IT IS HEREBY ORDERED that the Motion for Admission of Vincent P. McCarthy *Pro Hac Vice* in the above-titled action is hereby GRANTED and that Vincent P. McCarthy is hereby admitted *Pro Hac Vice* in the above matter.

DATED this _____ day of November, 2004.

 

_____
United States District Court Judge
District Court of Massachusetts