

**ACLJ**
American Center
*for* Law & Justice

FILED
IN CLERKS OFFICE

2004 NOV 29  A 8:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 23, 2004

**Via UPS Overnight Delivery**

Tony Anastas, Clerk of Court
U.S.D.C., District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

    Re:  *Living Hope Church of the Nazarene, et al. v. City of Peabody, et al.*
           Case No. 04 cv 12452 MLW

Dear Clerk Anastas:

We recently filed a Motion for Preliminary Injunction and Memorandum of Law in support thereof in the above referenced case. Since we are in a season with several holidays, by this letter we are making the Court aware of the dates that Plaintiffs' counsel will not be available due to either the holidays or other pending case matters. The following dates either Attorney Thomas M. Harvey or Vincent P. McCarthy will not be available in 2004:

| Thomas M. Harvey: | Vincent P. McCarthy |
|---|---|
| November 24 - 26, 30 | November 24 - 29 |
| December 1, 2, 6, 9, 13, & 15 | December 6, 7, 24 - 30 |

We have sent the summons' and initial pleadings to be served to all the Defendants in this case, but have not yet received confirmation of service. Upon confirmation of service, we will mail a copy of this letter to each party via U.S. Mail, and will file a Certificate of Service with the Court reflecting such mailing.

Sincerely,

*Vincent P. McCarthy*
Vincent P. McCarthy
Senior Regional Counsel

8 South Main Street
P.O. Box 1629
New Milford, Connecticut 06776
(860) 355-1902
(860) 355-8008 (Facsimile)