*Thomas M. Harvey*
*Attorney at Law*
*One Constitution Center, 1st floor*
*Boston, Massachusetts 02129*

Telephone: (617) 886-0364

Facsimile: (617) 598-3900

December 3, 2004

City of Peabody
24 Lowell St.
Peabody, MA 01960

Nadine Binkley
Superintendent, Peabody Public School
70 Endicott St.
Peabody, MA 01960

Michael Bonfanti
Mayor and Chairman ex-officio
Peabody Public Schools
24 Lowell St.
Peabody, MA 01960

City of Peabody
City Counsel
24 Lowell St.
Peabody, MA 01960

Daniel B. Kulak, Esq.
Office of City Solicitor
40 Lowell St., Suite 14
Peabody, MA 01960

Re :  Living Hope Church of the Nazarene, et al
Vs :  City of Peabody
      Civil Action No. : 04cv12452MLW

Enclosed please find a copy of a letter which was filed in court on November 24, 2004, in the above matter.

Very truly yours,

Thomas M. Harvey

/jd
enc.
cc :  Clerk for Civil Business
      United States District Court for the
      District of Massachusetts



**ACLJ**
American Center
*for* Law & Justice

November 23, 2004

**Via UPS Overnight Delivery**

Tony Anastas, Clerk of Court
U.S.D.C., District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *Living Hope Church of the Nazarene, et al. v. City of Peabody, et al.*
      Case No. 04 cv 12452 MLW

Dear Clerk Anastas:

We recently filed a Motion for Preliminary Injunction and Memorandum of Law in support thereof in the above referenced case. Since we are in a season with several holidays, by this letter we are making the Court aware of the dates that Plaintiffs' counsel will not be available due to either the holidays or other pending case matters. The following dates either Attorney Thomas M. Harvey or Vincent P. McCarthy will not be available in 2004:

| Thomas M. Harvey: | Vincent P. McCarthy |
|---|---|
| November 24 - 26, 30 | November 24 - 29 |
| December 1, 2, 6, 9, 13, & 15 | December 6, 7, 24 - 30 |

We have sent the summons' and initial pleadings to be served to all the Defendants in this case, but have not yet received confirmation of service. Upon confirmation of service, we will mail a copy of this letter to each party via U.S. Mail, and will file a Certificate of Service with the Court reflecting such mailing.

Sincerely,

*Vincent P. McCarthy*
Vincent P. McCarthy
Senior Regional Counsel

8 South Main Street
P.O. Box 1629
New Milford, Connecticut 06776
(860) 355-1902
(860) 355-8008 (Facsimile)

CERTIFICATE OF SERVICE

I, Thomas M. Harvey, Esq., hereby certify that on this date, I served a true copy of this pleading on the defendants by first class mail on this date.

12-3-04                   *Thomas M. Harvey*
Dated                     Thomas M. Harvey