```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

```
LIVING HOPE CHURCH OF THE NAZARENE,    )
ET AL.,                                )
    Plaintiffs,                        )
                                       )
              v.                       ) C.A. No. 04-12452-MLW
                                       )
CITY OF PEABODY, ET AL.,               )
    Defendants.                        )
```

ORDER

WOLF, D.J.                                          December 9, 2004

A scheduling conference will be held on December 14, 2004, at 2:00 p.m. The parties shall be prepared to address the possibility of settlement, and whether, if the case is not promptly resolved by agreement, the court should order a brief period for expedited discovery and order the trial of this case consolidated with the hearing on the motion for preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a)(2).

```
                            /S/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE
```