AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LIVING HOPE CHURCH OF THE NAZARENE;
Gene HEBERT, Lead Pastor of the Living
Hope Church of the Nazarene; BEVERLY
CHURCH OF THE NAZARENE: Kim RICHARDSON,
Senior Pastor     V.

CITY OF PEABODY: Michael BONFANTI, Mayor
and Chairman, ex-officio, Peabody Public
Schools, School Committee in his official
and individual capacities; John TUNNEY,
Business Manager of the Peabody Public Schools, in
his official and individual capacities; Nadine
BINKLEY, Superintendent of the Peabody Public
Schools in her official and individual capacities

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04cv12452 MLW

TO: (Name and address of Defendant)

Nadine Binkley, Superintendent
    Peabody Public Schools
70 Endicott Street
Peabody, Massachusetts   01960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Harvey
One Constitution Plaza
Bostona, MA   02129
(617) 598-3900 (fax)
(617) 886-0364 (Ph.)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK                               DATE   1-19-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE 11/22/04 |
| NAME OF SERVER *(PRINT)* Richard Picceri | TITLE Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 70 ENDICOTT ST., PEABODY, MA — OFFICE

☐ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $40.00 | TOTAL ~~$0.00~~ $40.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/22/04          *(signature)*
             Date              Signature of Server

                               Richard Picceri
                               ~~CONSTABLE~~
Address of Server              15 Springfield St.
                               Belmont, MA 02478

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.