AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LIVING HOPE CHURCH OF THE NAZARENE;
Gene HEBERT, Lead Pastor of the Living
Hope Church of the Nazarene; BEVERLY
CHURCH OF THE NAZARENE: Kim RICHARDSON,
Senior Pastor        V.

CITY OF PEABODY: Michael BONFANTI, Mayor
and Chairman, ex-officio, Peabody Public
Schools, School Committee in his official
and individual capacities; John TUNNEY,
Business Manager of the Peabody Public Schools, in
his official and individual capacities; Nadine
BINKLEY, Superintendent of the Peabody Public
Schools in her official and individual capacities

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 - 12452 MLW

TO: (Name and address of Defendant)

Michael Bonfanti, Mayor and Chairman ex-officio
    Peabody Public Schools
24 Lowell Street
Peabody, Massachusetts  01960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Harvey
One Constitution Plaza
Bostona, MA  02129
(617) 598-3900 (fax)
(617) 886-0364 (Ph.)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  11-19-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/22/04 |
| NAME OF SERVER (PRINT) Richard Picceri | TITLE | Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ OFFICE with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: MARY E BELLAVANCE ADMINISTRATIVE ASSISTANT TO THE MAYOR

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES $40.00 | TOTAL ~~$0.00~~ $40.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/22/04
             Date

Signature of Server: Richard Picceri

Address of Server:
Richard Picceri
CONSTABLE
15 Springfield St.
Belmont, MA 02478

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.