AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LIVING HOPE CHURCH OF THE NAZARENE;
Gene HEBERT, Lead Pastor of the Living
Hope Church of the Nazarene; BEVERLY
CHURCH OF THE NAZARENE: Kim RICHARDSON,
Senior Pastor     V.

CITY OF PEABODY: Michael BONFANTI, Mayor
and Chairman, ex-officio, Peabody Public
Schools, School Committee in his official
and individual capacities; John TUNNEY,
Business Manager of the Peabody Public Schools, in
his official and individual capacities; Nadine
BINKLEY, Superintendent of the Peabody Public
Schools in her official and individual capacities

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04cv12452 MLW

TO: (Name and address of Defendant)

John Tunney, Business Manager
     Peabody Public Schools
70 Endicott Street
Peabody, Massachusetts   01960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Harvey
One Constitution Plaza
Bostona, MA   02129
(617) 598-3900 (fax)
(617) 886-0364 (Ph.)

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    11-19-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  11/22/04 |
| NAME OF SERVER (PRINT)  RICHARD PICCERI | TITLE  CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ OFFICE with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: HOLLY FALLON, SECRETARY

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  40.00 | TOTAL  $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/22/04
             Date                    Signature of Server

Address of Server

Richard Picceri
**CONSTABLE**
15 Springfield St.
Belmont, MA 02478

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.