UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12452-MLW

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; GENE HERBERT, Lead Pastor of the Living Hope Church of the Nazarene; BEVERLY CHURCH OF THE NAZARENE; and KIM RICHARDSON, Senior Pastor of the Beverly Church of the Nazarene Living Hope Church of the Nazarene; Plaintiffs | ) ) ) ) ) ) ) ) ) |
| v. | ) ) |
| CITY OF PEABODY; MICHAEL BONFANTI, Mayor and Chairman, ex-officio, Peabody Public Schools School Committee, in his official and individual capacities; JOHN TUNNEY, Business Manager of the Peabody Public Schools, in his official and individual capacities; NADINE BINKLEY, Superintendent of the Peabody Public Schools in her official and individual capacities; Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

In the event the parties are unable to resolve the above-captioned matter at the December 14, 2004 Scheduling Conference, or shortly thereafter, the defendants propose that the Court enter the following Scheduling Order:

**I. Discovery Plan and Motion Schedule**

1. Automatic Disclosures completed on or before **December 23, 2004**;

2. All written discovery served on or before **January 7, 2005**;

3. Responses to written discovery due on or before **February 4, 2005**;

4. Non-expert depositions completed on or before **March 18, 2005**;

5. Plaintiffs' expert witnesses shall be designated by **March 25, 2005**, and defendants' expert witnesses shall be designated within twenty-one (21) days after plaintiffs' designations; designation of experts shall included disclosure of information required by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts; any expert depositions shall be completed within twenty-one (21) days after defendants' designations;

6. Motions for Summary Judgment filed on or before **May 20, 2005.**;

7. Hearing held on Motions for Summary Judgment on **May 27, 2005** (or at the Court's earliest convenience);

8. Pre-Trial Conference held on **June 3, 2005** (or at the Court's earliest convenience); and

7. Trial held on **June 17, 2005** (or at the Court's earliest convenience).

## II. Depositions

The plaintiffs intend to depose the three individual defendants. The defendants intend to depose the plaintiffs, Pastor Gene Herbert and Pastor Kim Richardson, and perhaps one to three additional fact witnesses.

## III. Certifications

Certifications under Local Rule 16.1 will be filed separately.

## IV. Magistrate

The defendants will advise the Court regarding their consent to trial by Magistrate on or before December 21, 2004.

The Defendants,
CITY OF PEABODY; MICHAEL BONFANTI, Mayor and Chairman, ex-officio, Peabody Public Schools School Committee, in his official and individual capacities; JOHN TUNNEY, Business Manager of the Peabody Public Schools, in his official and individual capacities; NADINE BINKLEY, Superintendent of the Peabody Public Schools in her official and individual capacities;
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand.

12/13/04
Date