UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; )<br>GENE HEBERT, Lead Pastor of the Living Hope )<br>Church of the Nazarene; BEVERLY CHURCH )<br>OF THE NAZARENE; and KIM RICHARDSON, )<br>Senior Pastor of the Beverly Church of the )<br>Nazarene Living Hope Church of the Nazarene )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF PEABODY; MICHAEL BONFANTI, )<br>Mayor and Chairman, ex-officio, Peabody Public )<br>Schools School Committee, in his official and )<br>individual capacities; JOHN TUNNEY, )<br>Business Manager of the Peabody Public Schools, )<br>in his official and individual capacities; )<br>NADINE BINKLEY, Superintendent of the )<br>Peabody Public Schools in her official and )<br>individual capacities, )<br>        Defendants. ) | Civil Case No. **04-12452-MLW** |

## **PROPOSED SCHEDULING ORDER**

The Plaintiffs submit the following Proposed Scheduling Order should the parties be unable to settle this matter at the December 14, 2004 scheduling conference. Plaintiffs believe that there is only a slight possibility of settlement in this matter where Plaintiffs have received no response from any Defendant regarding the merits of this case from the time of Plaintiffs' initial Demand Letter, sent September 24, 2004.

1. Interrogatories shall be propounded by December 21, 2004, and answered no later than January 4, 2005.

2. Depositions shall take place on January 6 and 7, 2005:

1

January 6, 2005:

- 9:30 a.m. Plaintiffs shall depose Defendant John Tunney

- 11:30 a.m. Plaintiffs shall depose Defendant Nadine Binkley

- 1:00 p.m. Plaintiffs shall depose Defendant Michael Bonfanti

January 7, 2005

Defendants shall have an opportunity to depose Plaintiffs if requested.

3. Consolidated hearing for Plaintiffs' Motion for Preliminary Injunction and trial on January 14, 2005.

Pertaining to the propounding of interrogatories, time is of the essence where Plaintiffs propose to depose Defendants on January 6, 2005.

Respectfully submitted this 10th day of December 2004

_/s/_____

American Center for Law & Justice
Vincent P. McCarthy, Senior
 Regional Counsel
  CT Bar No. 100195
Kristina J. Wenberg, Esq.
  CT Bar No. 421555
P.O. Box 1629
8 South Main Street
New Milford, Connecticut 06776
(860) 355-1902
Fax: (860 355-8008

Thomas M. Harvey, Esq.
MA Bar No. 225050
One Constitution Plaza
Boston, MA 02129
(617) 886-0364
Fax: (617) 598-3900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of December 2004, a true and exact copy of the Plaintiffs' **Proposed Scheduling Order** has been forwarded via U.S. Mail to the attorneys of record listed below:

Daniel B. Kulak, Esq.
Office of City Solicitor
40 Lowell Street, Suite 14
Peabody, MA 01960
(978) 532-2060
(978) 531-2748

John J. Davis, Esq.
Peirce, Davis & Perritano, LLP
Ten Winthrop Squire
Boston, MA 02110
(617) 350-0950

_____
Vincent P. McCarthy