UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12452

| Living Hope Church of the Nazarene et al | City of Peabody et al |
| PLAINTIFF | DEFENDANT |

| Vincent McCarthy | John Davis |
| Christine Wengren | |
| Thomas Harvey | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK   O'Leary          REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 12/14/04 | Status report to be filed by Thursday, December 16, 2004. |
| | Court orders the parties to file electronically in this case. |
| | Further conference set for Friday, December 10, 2004 at 10:00 AM |
| | If necessary, any response to the plaintiff's motion for preliminary injunction shall be filed by the morning of December 20, 2004 |