UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12452-MLW

| | |
|---|---|
| LIVING HOPE CHURCH OF THE NAZARENE; GENE HERBERT, Lead Pastor of the Living Hope Church of the Nazarene; BEVERLY CHURCH OF THE NAZARENE; and KIM RICHARDSON, Senior Pastor of the Beverly Church of the Nazarene Living Hope Church of the Nazarene; <br>　　　　　　Plaintiffs <br><br>v. <br><br> CITY OF PEABODY; MICHAEL BONFANTI, Mayor and Chairman, ex-officio, Peabody Public Schools School Committee, in his official and individual capacities; JOHN TUNNEY, Business Manager of the Peabody Public Schools, in his official and individual capacities; NADINE BINKLEY, Superintendent of the Peabody Public Schools in her official and individual capacities; <br>　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION**

The parties to the above-captioned matter hereby stipulate and agree as follows:

1. The defendant, the City of Peabody, shall allow the plaintiffs, the Living Hope Church of the Nazarene and the Beverly Church of the Nazarene, to use the Captain Samuel Brown Elementary School ("School") pursuant to, and in accordance with, the "Community Use of School Facilities Policy" ("Policy") of the Peabody Public Schools as adopted by the Peabody School Committee on October 28, 2003. (A copy of said Policy is attached hereto as Exhibit "A.") The plaintiffs shall use said School for church services on Sundays from 9:00 a.m. to 1:30 p.m. (or for whatever hours the parties may mutually agree), effective December 26, 2004,

provided the School is not closed or otherwise unavailable to any not-for-profit agencies serving the community at large or not-for-profit agencies serving the general welfare (see Exhibit "A," Priority Use No. 9) due to higher priority uses, the Peabody Public School vacation schedule, weather conditions or other events beyond the control of the City of Peabody.

2. Plaintiffs shall comply with all rules and regulations regarding the use of public property including, but not limited to, those regarding alcohol and open flames or fires.

3. Plaintiffs shall pay all user fees as set forth in the Policy and as applicable to other similar users (Exhibit "A.")

4. Plaintiffs' use of the School, as set forth above, shall be a license, and not a lease of premises subject to approval by the Massachusetts Commissioner of Education pursuant to M.G.L. c. 40, § 3, although said licence shall only be revoked upon further order of this Court.

5. Plaintiffs shall immediately withdraw their Motion for Preliminary Injunction currently pending, without prejudice to be refiled in the future at any time the plaintiffs may deem necessary or appropriate.

6. By entering into this Stipulation, the defendants do not waive or relinquish any rights or defenses they have or may have to the plaintiffs' claims as set forth in plaintiffs' Complaint for Declaratory Relief and Damages. Nor shall this Stipulation be admissible as evidence in any future trial or proceeding to prove that the plaintiffs have suffered (or may suffer) irreparable harm, can establish a reasonable likelihood of success on the merits, qualify as prevailing parties under 42 U.S.C. § 1988, or for any other purpose. Nor does the Peabody School Committee waive its rights to modify or change its Policy in the future as it deems appropriate.

7. This Stipulation, and the agreements set forth herein, shall expire upon the entry of a Judgment in this matter (by agreement or otherwise).

| The Plaintiffs,<br>LIVING HOPE CHURCH OF THE<br>NAZARENE, GENE HERBERT,<br>BEVERLY CHURCH OF THE<br>NAZARENE and KIM RICHARDSON, | The Defendants,<br>CITY OF PEABODY, MICHAEL<br>BONFANTI, JOHN TUNNEY and<br>NADINE BINKLEY, |
|---|---|
| By their attorneys,<br>AMERICAN CENTER FOR LAW & JUSTICE | By their attorneys,<br>PIERCE, DAVIS & PERRITANO, LLP |
| Vincent P. McCarthy, CT Bar No. 100195<br>Kristina J. Wenberg, CT Bar No. 421555<br>P.O. Box 1629<br>8 South Main Street<br>New Milford, CT 06776<br>(860) 355-1902 | John J. Davis, BBO No. 115890<br>10 Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

Thomas M. Harvey, BBO No. 225050
One Constitution Plaza
Boston, MA 02129
(617) 886-0364


Dated:          December 16, 2004

**EXHIBIT "A"**

# 1854-2004 : 150 YEARS OF GEORGE PEABODY MEDAL SCHOLARS

## Peabody Public Schools

*"EDUCATION - A DEBT DUE FROM PRESENT TO FUTURE GENERATIONS"* - George Peabody, 1852

NADINE BINKLEY, Ph.D., SUPERINTENDENT of SCHOOLS: MESSAGE
SCHOOLS: BROWN | BURKE | CARROLL | CENTER | McCARTHY | SOUTH | WELCH | WEST | HIGGINS | PVMHS

File: KF

## COMMUNITY USE OF SCHOOL FACILITIES

The Peabody School Committee wishes the facilities under its control to be used by responsible agencies within the community. These facilities should be used and maintained in a manner consistent with the requirements of the Peabody Public Schools' program of instruction. School facilities shall not be available for commercial gain or personal benefit.

*Priorities for the use of school facilities* are established as follows:

1. Programs of instruction for Peabody Public School students.
2. School-affiliated athletic, cultural or social activities for students
3. PSD Programs of Instruction for adults in the city
4. Programs and activities of school-associated organizations (e.g.: PTO's, Library Mothers, Home and School Associations, etc.)
5. Activities of the Peabody Recreation Department
6. Official activities by Departments of City Government
7. Cultural and Social activities by Departments of City Government
8. Local not-for-profit agencies serving the children or youth of the community
9. Local not for profit agencies serving the community at large, and not for profit agencies serving the general welfare
10. Commercial instructional agencies serving students in the community

Although it is the intent of the School Committee to promote community use of school facilities, it is also its responsibility to see that funds appropriated for education are used for education. Therefore, it is *the policy* of the Peabody School Committee that:

- No event takes place without the *permission of the Principal* of that school;

ALUMNI
CALENDARS
COMMUNITY EDUCATION
CURRICULUM and INSTRUCTION
DIRECTIONS
DIRECTORY
FOOD SERVICES
GUIDANCE
HEALTH SERVICES
KINDERGARTEN
NEWS:
PARENTS
NEW PERSONNEL
POLICY MANUAL
SCHOOL COMMITTEE
STAFF E-MAIL
TRANSPORTATION
HOME
SITE INDEX



EXHIBIT "A"

- No event takes place without the *presence of either an administrator or a custodian;*
- The sponsoring organization schedules events/activities so that they do not interfere with the *regular education program;*
- The sponsoring organization will be responsible for *returning the facility to its previous condition* and/or be held liable to compensate the school department for repairs that may result due to any damage to the facilities.

The *User Fee* structure will be reviewed annually during the budget process, so that a recommendation can be made for the following school year.

School facilities shall be available free of charge for school-sponsored activities or meetings (e.g. parent-teacher conferences, open house; graduation) providing that:

- The event is scheduled and approved by the Principal of that school.
- No meeting is being held without the presence of either an administrator or a custodian.
- Student events are arranged under the direction of school staff members.
- Note that, if costs are incurred for overtime or additional time, these costs will be passed onto the organization sponsoring the event.

School facilities, use of custodians and other school personnel shall be available free of charge to the City of Peabody for use during City Elections.

School facility building use rental fees shall be waived for school-associated organizations (e.g. the Peabody Recreation Department, the Peabody City Government Department and/or non-profit organizations serving the children and youth of the community) providing that an admission fee is not required.

- If the meeting/activity occurs in an elementary school and requires clean up after 7:00 PM, custodial fees would be assessed.
- If the meeting/activity occurs in either the Higgins Middle School or in the PVMHS and requires clean up after 11:00 PM, custodial fees would be assessed.
- If the meeting/activity occurs on a weekend, custodial fees shall be assessed.
- If the meeting group is small and has the permission of the Principal, an administrator can open and close the school building without custodial coverage.
- If the activity/meeting will require the use of other school personnel, these expenses will be applied to the organization's costs.

Note: Each elementary school PTO can apply for building use/custodial fee waivers for up to two Fundraiser Events each school year.

All non-school organizations must reimburse the Peabody School Department full costs for use of the facility, the custodial services and /or services of additional personnel on duty in the building (cafeteria workers, lighting or special equipment operators, etc.)

Case 1:04-cv-12452-MLW    Document 23    Filed 12/16/04    Page 7 of 7

Any group (school or non-school) that believes there is good cause to waive building use or other fees applied to its event, can request a wavier of the School Committee. The waiver must be approved by the School Committee prior to the date of the event.

Adopted:    October 28, 2003