UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIVING HOPE CHURCH OF THE NAZARENE,    )
ET AL.,                                )
    Plaintiffs,                        )
                                       )
               v.                 ) C.A. No. 04-12452-MLW
                                       )
CITY OF PEABODY, ET AL.,               )
    Defendants.                        )

ORDER

WOLF, D.J.                                      December 21, 2004

In view of the parties' stipulation, which resolves the plaintiffs' motion for a preliminary injunction it is hereby ORDERED that counsel shall confer and, by January 10, 2005, report whether they have agreed to a settlement of this case.


                                /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE