# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

January 10, 2005

Brian D. Carlson †
James M. Dunn ♦
Meredith P. Freed
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT

*__Via Electronic Filing__*
Dennis O'Leary, Court Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   Living Hope Church of the Nazarene, et al v. City of Peabody, et al
      U.S.D.C. (D. Mass.) C.A. No. 04-12452-MLW

Dear Mr. O'Leary:

Pursuant to Judge Wolf's Order dated December 21, 2004, this is to report that the parties remain actively engaged in settlement discussions regarding a final resolution of the above-captioned matter. Attorneys for the respective parties have conferred several times via telephone since their last appearance before the Court on December 14, 2004. Counsel for the plaintiffs recently forwarded a written settlement proposal to the defendants which the City and its insurer are currently reviewing. Indeed, the parties remain optimistic that a full and final resolution of this dispute can be achieved in the near future without the need for further litigation.

In light of the progress made to date, the parties mutually request that the Court grant an additional eight (8) days within which to further pursue and conclude their ongoing settlement discussions. If this request is granted, the parties shall report back to the Court on whether they have agreed to a settlement by **Tuesday, January 18, 2005.**

Thank you for your attention to this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis

JJD/mm
cc:   Thomas M. Harvey, Esq. (Via First Class Mail)
      Vincent P. McCarthy, Esq. (Via First Class Mail)
      Kristina J. Wenberg, Esq. (Via First Class Mail)
      Daniel B. Kulak, Esq. (Via First Class Mail)