# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

January 18, 2005

Brian D. Carlson †
James M. Dunn ♦
Meredith P. Freed
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT

***Via Electronic Filing***
Dennis O'Leary
Court Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   Living Hope Church of the Nazarene, et al
      v. City of Peabody, et al
      U.S.D.C. (D. Mass.) C.A. No. 04-12452-MLW
      Our File No. 164-0402607

Dear Mr. O'Leary:

This is to advise the Court that the parties have reached an agreement to settle the above-captioned matter, subject only to the defendants' need to solicit and obtain final approval of this settlement from the Peabody School Committee. The School Committee is expected to vote on the settlement within the next week.

Thereafter, the parties anticipate executing and exchanging closing papers within the next two (2) weeks, and shall file documentation with the Court necessary to confirm this settlement by February 1, 2005, at the latest.

Thank you for your attention to this matter. Please let us know if Judge Wolf requires any further information from the parties at this time.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis

cc:   Thomas M. Harvey, Esq. (Via First Class Mail)
      Vincent P. McCarthy, Esq. (Via First Class Mail)
      Kristina J. Wenberg, Esq. (Via First Class Mail)
      Daniel B. Kulak, Esq. (Via First Class Mail)