UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12452-MLW

LIVING HOPE CHURCH OF THE NAZARENE; )
GENE HERBERT, Lead Pastor of the Living Hope )
Church of the Nazarene; BEVERLY CHURCH )
OF THE NAZARENE; and KIM RICHARDSON, )
Senior Pastor of the Beverly Church of the )
Nazarene Living Hope Church of the Nazarene; )
        Plaintiffs )
  )
v. )
  )
CITY OF PEABODY; MICHAEL BONFANTI, )
Mayor and Chairman, ex-officio, Peabody Public )
Schools School Committee, in his official and )
individual capacities; JOHN TUNNEY, )
Business Manager of the Peabody Public Schools, )
in his official and individual capacities; )
NADINE BINKLEY, Superintendent of the )
Peabody Public Schools in her official and )
individual capacities; )
        Defendants )

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that said action be dismissed with prejudice and without costs or attorneys' fees, waiving all rights of appeal.

| | |
|---|---|
| The Plaintiffs,<br>LIVING HOPE CHURCH OF THE<br>NAZARENE, GENE HERBERT,<br>BEVERLY CHURCH OF THE<br>NAZARENE and KIM RICHARDSON, | The Defendants,<br>CITY OF PEABODY, MICHAEL<br>BONFANTI, JOHN TUNNEY and<br>NADINE BINKLEY, |
| By their attorneys,<br>AMERICAN CENTER FOR LAW & JUSTICE | By their attorneys,<br>PIERCE, DAVIS & PERRITANO, LLP |
| /s/ Vincent P. McCarthy<br>Vincent P. McCarthy, CT Bar No. 100195<br>Kristina J. Wenberg, CT Bar No. 421555<br>P.O. Box 1629<br>8 South Main Street<br>New Milford, CT 06776<br>(860) 355-1902 | /s/ John J. Davis<br>John J. Davis, BBO No. 115890<br>10 Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

/s/ Thomas M. Harvey
Thomas M. Harvey, BBO No. 225050
One Constitution Plaza
Boston, MA 02129
(617) 886-0364

Dated: 2/18/05